B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oxford House, Incorporated** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-1950298** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**606 W. SR 18**<br>**Fowler, IN**<br>ZIP Code **47944** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Benton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

#### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☑ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)**                                                                                              **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Oxford House, Incorporated** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br><br>    _____<br>    (Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(4/10)**                                                                                          **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Oxford House, Incorporated** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

**X /s/ Hunter J. Reece** _____
Signature of Attorney for Debtor(s)

**Hunter J. Reece 23980-86**
Printed Name of Attorney for Debtor(s)

**BARCE & REECE PC**
Firm Name

**PO Box 252**
**Fowler, IN 47944-0252**

_____
Address

**Email: ecf@barcelawoffice.com**
**(765) 884-0383  Fax: (765) 884-0445**
Telephone Number

**June 21, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Polet Senesac** _____
Signature of Authorized Individual

**Polet Senesac**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 21, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTION
of
# OXFORD HOUSE, INC
An Indiana Corporation

*COMES NOW,* the Board of Directors of the **OXFORD HOUSE, INC**, and desires to commence proceedings under Title 11, the Bankruptcy Act (the "Act") and authorize its president to execute all documents necessary to bring about the successful reorganization of this Corporation.

*WHEREAS*, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; and

*WHEREAS,* it is the unanimous vote of all shareholders and officers that such proceedings would be and are in the best interests of the Corporation

*NOW THEREFORE BE IT RESOLVED:*

That Polet Senesac, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

That Polet Senesac, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

That Polet Senesac, President of this Corporation is authorized to make all decisions necessary and prudent under Title 11, including reorganization or any other relief afforded under the Act.

That Polet Senesac, President of this Corporation is authorized and directed to employ Hunter J. Reece and the attorneys of the law firm of BARCE & REECE PC to represent the corporation in such bankruptcy case.

*RESOLVED THIS,* 9th day of May, 2011.

_____
Polet Senesac, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Oxford House, Incorporated**                     Case No. _____

Debtor(s)                     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ALKENZ USA<br>8803 Staples Mill Road<br>Richmond, VA 23228 | ALKENZ USA<br>8803 Staples Mill Road<br>Richmond, VA 23228 | Component Purchases | | 4,001.00 |
| ALL STRONG INDUSTRY (USA)<br>2760 E Philadelphia Street<br>Ontario, CA 91761-8546 | ALL STRONG INDUSTRY (USA)<br>2760 E Philadelphia Street<br>Ontario, CA 91761-8546 | Collection litigation arising out of a dispute with regard to faulty goods provided by Creditor | Contingent<br>Disputed | 456,870.47 |
| AMERICAN SAMPLE<br>14450 Central Ave.<br>Chino, CA 91710 | AMERICAN SAMPLE<br>14450 Central Ave.<br>Chino, CA 91710 | Sample Books/Advertising | | 10,957.32 |
| ASTRA PRODUCTS INC<br>7154 SR 88<br>Ravenna, OH 44266 | ASTRA PRODUCTS INC<br>7154 SR 88<br>Ravenna, OH 44266 | Goods Supplied | | 6,700.00 |
| CARDMEMBER SERVICES<br>PO Box 94014<br>Palatine, IL 60094-4014 | CARDMEMBER SERVICES<br>PO Box 94014<br>Palatine, IL 60094-4014 | Credit Card Purchases | | 28,913.00 |
| CONSOLTEX<br>4981 Levy<br>Saint Laurent, Quebec H4RZN9 | CONSOLTEX<br>4981 Levy<br>Saint Laurent, Quebec H4RZN9 | Goods | Disputed | 44,000.00 |
| FABRIK FASHIONS<br>9008 Deer Valley Ct<br>Waxhaw, NC 28173 | FABRIK FASHIONS<br>9008 Deer Valley Ct<br>Waxhaw, NC 28173 | Goods Supplied | Disputed | 40,000.00 |
| FEDEX<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | FEDEX<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Shipping Expenses | | 3,652.88 |
| HUTH THOMPSON LLP<br>PO Box 970<br>Lafayette, IN 47902-0970 | HUTH THOMPSON LLP<br>PO Box 970<br>Lafayette, IN 47902-0970 | CPA work | | 6,834.56 |
| JP Morgan Chase Bank, NA<br>201 Main Street<br>Lafayette, IN 47901 | JP Morgan Chase Bank, NA<br>201 Main Street<br>Lafayette, IN 47901 | Intangibles, Inventory, and Equiptment and Real Estate owed by Co-Debtors | | 1,456,056.99<br><br>(444,519.00 secured) |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Oxford House, Incorporated**                                        Case No.  _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| LBG<br>1990 Limestone Circle NE, #200<br>Gainesville, GA 30501 | LBG<br>1990 Limestone Circle NE, #200<br>Gainesville, GA 30501 | Indep. Sales Rep Firm | | 45,000.00 |
| PLASTIBEC<br>1825 Lionel Bertrand<br>Boisbriand<br>Quebec<br>Canada J7H1N8 | PLASTIBEC<br>1825 Lionel Bertrand<br>Boisbriand<br>Canada J7H1N8 | Component Purchases | | 18,600.00 |
| PURCHASE POWER<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | PURCHASE POWER<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | Postage | | 10,173.00 |
| State of Indiana<br>Dept. of Workforce Development<br>100 N. Senate Avenue<br>Indianapolis, IN 46204 | State of Indiana<br>Dept. of Workforce Development<br>100 N. Senate Avenue<br>Indianapolis, IN 46204 | Tax Warrants for Withholding Taxes | | 58,524.78 |
| STERLING COMMERCE<br>PO Box 73199<br>Chicago, IL 60673 | STERLING COMMERCE<br>PO Box 73199<br>Chicago, IL 60673 | Computer Programing | | 2,862.82 |
| Turnil's North America, inc<br>1327 Northbrook Parkway<br>Suwanee, GA 30024 | Turnil's North America, inc<br>1327 Northbrook Parkway<br>Suwanee, GA 30024 | Accounts Receiveable/Rebates and Common Stock in Oxford House, Inc. | | 750,000.00<br>(735,491.30 secured)<br>(1,456,056.99 senior lien) |
| Turnil's North America, inc<br>1327 Northbrook Parkway<br>Suwanee, GA 30024 | Turnil's North America, inc<br>1327 Northbrook Parkway<br>Suwanee, GA 30024 | Raw Materials, subject to setoff from Rebates | | 315,636.33 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | Shipping Expenses | | 3,117.20 |
| UPS FREIGHT<br>28013 Network Place<br>Chicago, IL 60673-1280 | UPS FREIGHT<br>28013 Network Place<br>Chicago, IL 60673-1280 | Freight | | 15,442.23 |
| UPS FREIGHT & UPS SUPPLY CHAIN SOLUTION<br>28013 Network Place<br>Chicago, IL 60673-1280 | UPS FREIGHT & UPS SUPPLY CHAIN SOLUTION<br>28013 Network Place<br>Chicago, IL 60673-1280 | Shipping Expenses | | 3,337.58 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Oxford House, Incorporated**                                    Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 21, 2011**                        Signature   **/s/ Polet Senesac**
                                                             **Polet Senesac**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                        18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Oxford House, Incorporated**            ,
                     Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 1,290,190.05 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,075,153.57 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 58,524.78 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,026,651.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| | | Total Assets | 1,290,190.05 | | |
| | | Total Liabilities | | 4,160,330.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Oxford House, Incorporated** _____,
                             Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Oxford House, Incorporated**
_____ ,          Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Oxford House, Incorporated**
_____,
                          Debtor

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty cash**<br>**Location: 606 W. SR 18, Fowler IN 47944** | - | 23.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account, JP Morgan Chase Bank (negative balance)** | - | 0.00 |
| | | **Checking Account, #***0519**<br>**Fifth Third Bank, Fowler, Indiana** | - | 5,319.28 |
| | | **Checking #**0501**<br>**Fifth Third Bank, Fowler, IN** | - | 24,700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           30,042.28
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Oxford House, Incorporated**                                           ,   Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable  (Actual $432,794)** **21% reduction for accounts over 90 days** | **-** | **341,907.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **341,907.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Oxford House, Incorporated**
_____,    Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Warranty and Contract Action against All Strong Industry (USA), Contested counterclaim Not expected to exceed scheduled liability to All Strong Cook County Circuit Ct, Chicago, IL #09-L-08401 (Estimated Value)** | - | 456,870.47 |
| | | **Earned but unpaid rebates from Turnills/Hunter Douglas (Estimated)** | - | 290,720.30 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patent for Removable decorative vane cover Pat. 7,165,594 Location: US Patent Office** | - | **Unknown** |
| | | **Patent for Removable decorative vane cover Pat. 6,786,269 Location: US Patent Office** | - | **Unknown** |
| | | **Patent for Vertical blind system having a removable vane cover Pat. 6,186,213 Location: US Patent Office** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Dodge Caravan (Est. 20,000 miles) Location: 606 W. SR 18, Fowler IN 47944** | - | 15,000.00 |
| | | **2007 Dodge Caliber (Est. 160,000 miles) Location: 606 W. SR 18, Fowler IN 47944** | - | 2,500.00 |
| | | **2007 Dodge Sprinter (Est. 150,000) Leasehold Interest Only Location: 606 W. SR 18, Fowler IN 47944** | - | **Unknown** |
| | | **2000 Ford Van (Est. 170.000 miles) Location: 606 W. SR 18, Fowler IN 47944** | - | 800.00 |

|  | Sub-Total > | 765,890.77 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Oxford House, Incorporated**                                            ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1997 Nissan UD1800 (Est. 300,000 miles)** <br> **Location: 606 W. SR 18, Fowler IN 47944** | - | **2,500.00** |
| | | **1999 Ford Econoline Van (Est 200,000 miles)** <br> **Location: 606 W. SR 18, Fowler IN 47944** | - | **1,500.00** |
| | | **2000 Ford Box Truck (Est. 350,000 miles)** <br> **Location: 606 W. SR 18, Fowler IN 47944** | - | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Copies, Computers, Furniture and Supplies** <br> **Location: 606 W. SR 18, Fowler IN 47944** | - | **4,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equiptment and Machinery (See Attached List)** <br> **Location: 606 W. SR 18, Fowler IN 47944** | - | **58,650.00** |
| 30. Inventory. | | **Fabrics, PVC, headrails. component parts, wood slats and other Inventory** <br> **Orderly Liquidation value used** <br> **Location: 606 W. SR 18, Fowler IN 47944** | - | **83,200.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | **152,350.00** |
| Total > | **1,290,190.05** |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In Re Oxford House
Supp. Schedule B, #29



| Dept | Description | Value | |
|------|-------------|-------|---|
| **Wood Dept** | | | |
| | 6 Lift stations 250 each | 1,250.00 | |
| | Hunter Douglas Headrail Machine | 2,500.00 | |
| | LTL Manual 2 slat punch | 2,000.00 | |
| | Turnils Automatice 2 slat punch | 5,000.00 | |
| | B&B pneumatic headrail die | 1,000.00 | |
| | Turnils Manual 4 punch die | 1,000.00 | |
| | Craftsman Table saw | 250.00 | |
| | 3 Makita Mitre saw | 300.00 | |
| | 3 Jet Vaccums | 600.00 | 13,900.00 |
| | | | |
| **Woven Wood** | | | |
| | LTL Woven Wood cuting/fab table | 1,000.00 | |
| | 2 Woven wood lift stations | 500.00 | |
| | Makita mitre saw | 100.00 | |
| | Craftsman Router Table | 100.00 | |
| | Brother Sewing Machine | 150.00 | 1,850.00 |
| | | | |
| **Aluminum Mini Blinds** | | | |
| | 2 Lift Stations | 500.00 | 500.00 |
| | | | |
| **Honeycombs** | | | |
| | Lift station | 250.00 | |
| | Makita mitre saw table | 100.00 | |
| | Turnils production table | 500.00 | |
| | 2 drill presses | 300.00 | 1,150.00 |
| | | | |
| **Verticals** | | | |
| | 2 Brother sewing machines | 500.00 | |
| | 2 B&B 2,000 pneumatic die | 500.00 | |
| | Makita mitre saw table | 100.00 | |
| | B&B 3,000 pneumatic die | 250.00 | |
| | 2 Dewalt mitre saws | 300.00 | |
| | 2 Vaccum jet | 400.00 | |
| | Sewing machine | 100.00 | 2,150.00 |
| | | | |
| **Vienna** | | | |
| | 2 Turnils lift stations | 1,000.00 | |
| | Turnils fabric inspection/cutting table | 1,500.00 | |

| | | |
|---|---|---|
| Dewalt mitre saw | 150.00 | 2,650.00 |
| **Roller Shades** | | |
| Turnils roller shade cutting table | 4,000.00 | |
| Turnils lift station | 500.00 | 4,500.00 |
| | | |
| **Sheer Radiance** | | |
| 3 Sewing machine | 750.00 | |
| 2 Makita mitre saws | 200.00 | |
| B&B 2,000 pneumatic die | 250.00 | |
| Lighted Inspection Table | 100.00 | |
| Heading heat fuser | 100.00 | |
| Fasnap Snap machine | 2,500.00 | 3,900.00 |
| | | |
| **Cornice Department** | | |
| 2 Dewalt mitre saws | 300.00 | |
| Hoffman key press | 100.00 | |
| Plywood saw | 500.00 | |
| Table saw | 200.00 | |
| Air/Paint set-up | 500.00 | |
| Portable Paint Booth | 2,500.00 | 4,100.00 |
| | | |
| **Miscellaneous Equipment** | | |
| Metal compactor | 500.00 | |
| Marathon Cardboard Compactor | 2,000.00 | |
| Misc Hand tools | 1,000.00 | |
| ForkLift Boswell | 1,000.00 | |
| Nissan ForkLift Fowler | 2,000.00 | |
| Production carts | 500.00 | |
| Commercial Pallet Racking | 6,500.00 | |
| 2 Commercial Staplers | 400.00 | |
| 3 Commercial Glue Guns | 300.00 | |
| Bander | 250.00 | |
| 500 Gallon Air compressor | 600.00 | 15,050.00 |
| | | |
| **Office Equipment** | | |
| 18 Office Desks | 900.00 | |
| 12 4 drawer file cabinets | 300.00 | |
| 20 unit Nortel phone system | 1,500.00 | |
| 20 Office chairs | 400.00 | |
| 3 Fax machines | 500.00 | |
| 2 Copiers | 1,500.00 | |
| 13 Computers | 2,600.00 | |
| IBM Main Frame Computer | 1,200.00 | 8,900.00 |
| | | |
| | | 58,650.00 |

B6D (Official Form 6D) (12/07)

In re    **Oxford House, Incorporated**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **04C011010MF343** | | | **November 1, 2005** | | | | | |
| **JP Morgan Chase Bank, NA 201 Main Street Lafayette, IN 47901** | X | - | **Non-Purchase Money Security** <br><br> **Intangibles, Inventory, and Equipment and Real Estate owed by Co-Debtors** | | | | | |
| | | | Value $              **444,519.00** | | | | **1,456,056.99** | **1,011,537.99** |
| Account No. | | | | | | | | |
| **Jeffrey E. Ramsey HOPPER BLACKWELL PC 111 Monument Circle, Ste 452 Indianapolis, IN 46204** | | | **Additional Notice for:** <br>    **JP Morgan Chase Bank, NA** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **7/31/2006** | | | | | |
| **Turnil's North America, inc 1327 Northbrook Parkway Suwanee, GA 30024** | X | - | **Non-Purchase Money Security** <br><br> **Corporate Stock** | | | | | |
| | | | Value $              **Unknown** | | | | **869,096.58** | **Unknown** |
| Account No. | | | **2007** | | | | | |
| **Turnil's North America, inc 1327 Northbrook Parkway Suwanee, GA 30024** | X | - | **Non-Purchase Money Security** <br><br> **Accounts Receivable/Rebates and Common Stock in Oxford House, Inc.** | | | | | |
| | | | Value $              **735,491.30** | | | | **750,000.00** | **750,000.00** |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **3,075,153.57** | **1,761,537.99** |
| Total <br> (Report on Summary of Schedules) | **3,075,153.57** | **1,761,537.99** |

B6E (Official Form 6E) (4/10)

In re    **Oxford House, Incorporated**                                              ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Oxford House, Incorporated_____,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | **2010** | | | | | |
| **State of Indiana Dept. of Workforce Development 100 N. Senate Avenue Indianapolis, IN 46204** | - | | **Tax Warrants for Withholding Taxes** | | | | | 0.00 |
| | | | | | | | 58,524.78 | 58,524.78 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 58,524.78 | 0.00 58,524.78 |
| | | | Total (Report on Summary of Schedules) | | | | 58,524.78 | 0.00 58,524.78 |

B6F (Official Form 6F) (12/07)

In re   **Oxford House, Incorporated**              ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **None**<br><br>**ALKENZ USA**<br>**8803 Staples Mill Road**<br>**Richmond, VA 23228** | - | | Apr-11<br>**Component Purchases** | | | | 4,001.00 |
| Account No. 09L08401<br><br>**ALL STRONG INDUSTRY (USA)**<br>**2760 E Philadelphia Street**<br>**Ontario, CA 91761-8546** | - | | 2009<br>Collection litigation arising out of a dispute with regard to faulty goods provided by Creditor | X | | X | 456,870.47 |
| Account No. 09 L 08401<br><br>**Michael G. Cortina**<br>**SmithAmundsen**<br>**2460 Lake Shore Drive**<br>**Woodstock, IL 60098-6911** | | | Additional Notice for:<br>ALL STRONG INDUSTRY (USA) | | | | Notice Only |
| Account No. **A2413**<br><br>**AMERICAN SAMPLE**<br>**14450 Central Ave.**<br>**Chino, CA 91710** | - | | April 2011<br>Sample Books/Advertising | | | | 10,957.32 |

|  |  |
|---|---|
| **\_5\_\_\_** continuation sheets attached | Subtotal<br>(Total of this page)     **471,828.79** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Oxford House, Incorporated**                                          ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **852637** | | | **Goods Supplied** | | | | |
| **ASTRA PRODUCTS INC** 7154 SR 88 Ravenna, OH 44266 | - | | | | | | **6,700.00** |
| Account No. **4246311366159310** | | | **Oct 2010 - Current** **Credit Card Purchases** | | | | |
| **CARDMEMBER SERVICES** PO Box 94014 Palatine, IL 60094-4014 | - | | | | | | **28,913.00** |
| Account No. **92302126** | | | **2007** **Goods** | | | | |
| **CONSOLTEX** 4981 Levy Saint Laurent, Quebec H4RZN9 | - | | | | | X | **44,000.00** |
| Account No. **000307** | | | **Apr-11** **Component Purchases** | | | | |
| **EASTERN METAL OF MIS** 13161 Lakefront Dr Suite B Earth City, MO 63045 | - | | | | | | **1,142.36** |
| Account No. **None** | | | **2006** **Goods Supplied** | | | | |
| **FABRIK FASHIONS** 9008 Deer Valley Ct Waxhaw, NC 28173 | - | | | | | X | **40,000.00** |

Sheet no. __1___ of __5___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**120,755.36**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Oxford House, Incorporated** _____,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1561-1  9012-0** <br><br> **FEDEX** <br> **P.O. Box 94515** <br> **Palatine, IL 60094-4515** | | - | | | Shipping Expenses | | | | 3,652.88 |
| Account No. **2841  3917** <br><br> **FEDEX FREIGHT** <br> **2200 Forward Dr.** <br> **Harrison, AR 72602-0840** | | - | | | Shipping Expenses | | | | 375.55 |
| Account No. **3883** <br><br> **HUTH THOMPSON LLP** <br> **PO Box 970** <br> **Lafayette, IN 47902-0970** | | - | | | May-10 <br> CPA work | | | | 6,834.56 |
| Account No. **None** <br><br> **LBG** <br> **1990 Limestone Circle NE, #200** <br> **Gainesville, GA 30501** | | - | | | 12/2010 <br> Indep. Sales Rep Firm | | | | 45,000.00 |
| Account No. **None** <br><br> **NEXT DAY BLINDS** <br> **8251 Preston Ct.** <br> **Jessup, MD 20794** | | - | | | Apr 2011 <br> Products | | | | 728.00 |

Sheet no. __2___ of __5___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **56,590.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Oxford House, Incorporated** _____,  Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1107666**  <br><br>**PLASTIBEC**<br>**1825 Lionel Bertrand**<br>**Boisbriand**<br>**Quebec**<br>**Canada J7H1N8** | - | | **Apr-11**<br>**Component Purchases** | | | | 18,600.00 |
| Account No. **8000-9000-0303-4570**  <br><br>**PURCHASE POWER**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250-7874** | - | | **May-08**<br>**Postage** | | | | 10,173.00 |
| Account No. **None**  <br><br>**ROWLEY CO INC**<br>**PO Box 6010**<br>**Gastonia, NC 28056** | - | | **Apr-11**<br>**Component Purchases** | | | | 10.72 |
| Account No. **602833576**  <br><br>**SEARS CREDIT**<br>**PO Box 6189**<br>**Sioux Falls, SD 57117** | - | | **2007**<br>**Goods Supplied** | | | | 1,746.82 |
| Account No. **00836**  <br><br>**STERLING COMMERCE**<br>**PO Box 73199**<br>**Chicago, IL 60673** | - | | **Oct-10**<br>**Computer Programing** | | | | 2,862.82 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **33,393.36**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Oxford House, Incorporated**                                    ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **None**<br><br>**SURE WIN ENTERPRISE**<br>**31 LaForge Road**<br>**Darien, CT 06820** | - | | Apr-11<br>**Component Purchases** | | | | 891.00 |
| Account No. **1199175**<br><br>**TAPE PRODUCTS**<br>**PO Box 641510**<br>**Cincinnati, OH 45264** | - | | **March 2011**<br>**Packaging Materials** | | | | 2,801.76 |
| Account No. **1COXF002**<br><br>**Turnil's North America, inc**<br>**1327 Northbrook Parkway**<br>**Suwanee, GA 30024** | - | | 2007<br>**Raw Materials, subject to setoff from Rebates** | | | | 315,636.33 |
| Account No. **X290X9  AA5228**<br><br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | - | | **Shipping Expenses** | | | | 3,117.20 |
| Account No.<br><br>**UPS FREIGHT**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | - | | **January 2011 - Current**<br>**Freight** | | | | 15,442.23 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     337,888.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Oxford House, Incorporated**                                      ,        Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0385  2818  6732  9954**<br><br>**UPS FREIGHT & UPS SUPPLY CHAIN SOLUTION**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | - | | **Shipping Expenses** | | | | **3,337.58** |
| Account No. **479710**<br><br>**VERTILUX**<br>**7300 NW 35th Terrace**<br>**Miami, FL 33122** | - | | **March 2011**<br>**Goods Supplied** | | | | **1,187.00** |
| Account No. **0023-8   0023-6**<br><br>**WASTE MANAGEMENT**<br>**PO Box 4648**<br>**Carol Stream, IL 60197-4648** | - | | **Apr-11**<br>**Trash Removal** | | | | **1,030.19** |
| Account No.<br><br>**WOODARD,EMHARDT,NAUG**<br>**Bank One Center Tower 111**<br>**Indianapolis, IN 46204-5137** | - | | **Nov-10**<br>**Legal Services - Patent** | | | | **640.00** |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,194.77**

Total
(Report on Summary of Schedules)     **1,026,651.79**

B6G (Official Form 6G) (12/07)

.

In re    **Oxford House, Incorporated**                                           ,    Case No. _____
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ADP**<br>**7007 E. Pleasant Valley Rd.**<br>**Independence, OH 44131** | **Payroll Services Contract** |
| **Oxford Car Company**<br>**Wayne & Polet Senesac**<br>**606 W. SR 18**<br>**Fowler, IN 47944** | **Debtor leases vehicles with no purchase option.** |
| **PIC**<br>**5119 Beckwith Blvd., Ste. 106**<br>**San Antonio, TX 78249** | **Computer Support Contract** |
| **Polet & Wayne Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970** | **Debtor leasess the Building in Boswell, Ind.** |
| **Polet & Wayne Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970** | **Debtor leases the Building in Fowler for its primary operations** |
| **Polet Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970** | **Debtor leases the Armory Building in Boswell for storage** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re  **Oxford House, Incorporated**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Polet Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970** | **JP Morgan Chase Bank, NA**<br>**201 Main Street**<br>**Lafayette, IN 47901** |
| **Polet Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970** | **Turnil's North America, inc**<br>**1327 Northbrook Parkway**<br>**Suwanee, GA 30024** |
| **Polet Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970** | **Turnil's North America, inc**<br>**1327 Northbrook Parkway**<br>**Suwanee, GA 30024** |
| **Wayne Senesac**<br>**90 Delannoy Ave**<br>**Cocoa, FL 32922** | **JP Morgan Chase Bank, NA**<br>**201 Main Street**<br>**Lafayette, IN 47901** |
| **Wayne Senesac**<br>**90 Delannoy Ave**<br>**Cocoa, FL 32922** | **Turnil's North America, inc**<br>**1327 Northbrook Parkway**<br>**Suwanee, GA 30024** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Oxford House, Incorporated**                                     Case No.
                                              Debtor(s)          Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **20**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 21, 2011**                        Signature   **/s/ Polet Senesac**
                                                            **Polet Senesac**
                                                            **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Oxford House, Incorporated**            Case No.

Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,754,500.00** | **January - June 2011: Oxford House Income** |
| **$5,455,488.00** | **2010: Oxford House, In** |
| **$6,643,103.00** | **2009: Oxford House, In** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT           SOURCE

---

**3. Payments to creditors**

None
■  *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐     b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **CARDMEMBER SERVICES**<br>PO Box 94014<br>Palatine, IL 60094-4014 | **4/13/2011** | **$6,000.00** | **$26,669.59** |
| **Westfield**<br>PO Box 9001566<br>Louisville, KY 40290-1566 | **2/22/2011** | **$7,691.05** | **$0.00** |
| **Turnil's North America, inc**<br>1327 Northbrook Parkway<br>Suwanee, GA 30024 | **4/27/2011** | **$326,069.41** | **$40,634.00** |
| **Piatti & Guffanti**<br>22070 Appiano<br>GA 31924-0131 | **4/13/2011** | **$22,541.93** | **$0.00** |
| **NIPSCO**<br>PO Box 13018<br>Merrillville, IN 46411 | **2/20/2011** | **$6,642.78** | **$0.00** |
| **MC Dist. & Mfg., Co.**<br>310 W. Gerri Lane<br>Addison, IL 60101 | **2/8/2011** | **$9,229.12** | **$0.00** |
| **JP Morgan Chase Bank, NA**<br>201 Main Street<br>Lafayette, IN 47901 | **3/14/2011 - 5/10/2011** | **$37,523.00** | **$1,456,056.99** |

None
☐     c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Wayne Senesac**<br>90 Delannoy Ave<br>Cocoa, FL 32922<br>   Father of Officer/Leasor of property | **(See Attached as Ex. to**<br>**#23)** | **$25,521.47** | **$20,852.20** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT (See Attached as Ex. to #23) | AMOUNT PAID $46,452.26 | AMOUNT STILL OWING $20,852.20 |
|---|---|---|---|
| **Polet Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970**<br>  **Sole Equity Holder/President/Leasor of Property** | | | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JP Morgan Chase Bank NA v. Oxford House, et. al.**<br>**04C01-1010-MF-343** | **Mortgage Foreclosure** | **Benton Circuit Court, Fowler, IN** | **Summary Judgment Pending** |
| **All Strong Industry (USA) v. Oxford House, 09 L 008401** | **Non-payment of goods received** | **Cook County Circuit Court, Chicago, Illinois** | **Pending Summary Judgment** |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JP Morgan Chase Bank, NA**<br>**201 Main Street**<br>**Lafayette, IN 47901** | **4/7/2011 - 5/24/2011** | **Accounts Receiveable, $13,523 (Addl Siezure may have occured after 5/24)** |

---

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Inventory and building, $34,429.20** | **Vandalism at Boswell Armory Facility Insurance paid $6,159.19** | **October 19, 2010** |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BARCE & REECE PC PO Box 252 Fowler, IN 47944-0252** | **May 2011** | **$10,000** |
| **KC Cohen 151 N. Delaware St., Indianapolis, IN 46204** | **10/21/10** | **$2,500.00** |

### 10. Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| JP Morgan Chase Bank, NA<br>201 Main Street<br>Lafayette, IN 47901 | | |

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Polet & Wayne Senesac<br>9965 N. CR 1000 East<br>Otterbein, IN 47970 | Leased 2007 Dodge Sprinter (Est. 150,000) | 606 W. SR 18, Fowler IN 47944 |
| Polet Senesac<br>9965 N. CR 1000 East<br>Otterbein, IN 47970 | Real Estate and Improvements | 413 Old US Hwy 31, Boswell, Indiana |
| Wayne & Polet Senesac<br>90 Delannoy Ave<br>Cocoa, FL 32922 | Real Estate and Improvements | 413 Old US Hwy 31, Boswell, Indiana<br>606 W. SR 18, Fowler, IN |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■
    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

    For the purpose of this question, the following definitions apply:

    "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

        "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

        "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐
    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Oxford House - Boswell Facility**<br>**100 N. Justus**<br>**Boswell, IN 47921** | **Indiana Dept of Environmental Management**<br>**100 N. Senate Ave.**<br>**Indianapolis, IN 46204-0000** | **5/10/05** | **Underground Storage Tank Removal** |

None
■
    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                           ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sanders Tax Service** <br> **205 S. Madison Ave.** <br> **Fowler, IN 47944** | **1/2011-Current** |
| **B. Scott Rupple** <br> **204 S. Madison Ave.** <br> **Fowler, IN 47944** | **1999-12/2010** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **HUTH THOMPSON LLP** | **PO Box 970** <br> **Lafayette, IN 47902-0970** | **2008-2009** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Sanders Tax Service** | **205 S. Madison Ave.** <br> **Fowler, IN 47944** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **JP Morgan Chase Bank, NA** <br> **201 Main Street** <br> **Lafayette, IN 47901** | **2009-2010 (year end and interim)** |
| **Turnil's North America, inc** <br> **1327 Northbrook Parkway** <br> **Suwanee, GA 30024** | **2009-2010 (Year end and interim)** |

8

---

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/31/10 | Steve Zeller | 1,819,582.00 |
| 12/31/09 | Steve Zeller | 2,206,625.00 |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|---|
| 12/31/10 | | B. Scott Ruppel<br>606 W. St. Rd. 18<br>Fowler, IN 47944 |
| 12/31/09 | | B. Scott Ruppel<br>606 W. St. Rd. 18<br>Fowler, IN 47944 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Polet Senesac<br>9965 N. CR 1000 East<br>Otterbein, IN 47970 | President | Common Stock, 100% Shares |

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Polet Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970**<br>    **Stockholder/President** | **(See Attached), Rent/Compensation** | **$78,836.85** |
| **Wayne Senesac**<br>**131 Christine Drive**<br>**Satellite Beach, FL 32937**<br>    **Former Shareholder/Leasor to Corporation** | **Payments under Stock Purchase Agreement/Lease/Royalties** | **$27,020.99** |
| **Patricia Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970**<br>    **Wife of Officer/Employee of Debtor** | **(See Attached) Wages paid weekly** | **$62,988.40** |
| **Price Senesac**<br>**204 N. Howard**<br>**Oxford, IN 47971**<br>    **Brother of Officer/Employee of Debtor** | **(See Attached) Wages paid weekly** | **$32,010.21** |
| **Nycha Senesac**<br>**406 N. Oak**<br>**Oxford, IN 47971**<br>    **Mother of Officer/Creditor of Officer** | **(See Attached) Officer Comp. paid for Benefit of President** | **$17,355** |
| **Parker Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970**<br>    **Son of Officer/Employee of Debtor** | **(See Attached) Periodic Wages** | **$676.36** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 21, 2011**                         Signature    **/s/ Polet Senesac**

**Polet Senesac**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

12:44 PM

05/18/11

Cash Basis

# OXFORD HOUSE INC
## Employee QuickReport
### May 1, 2010 through May 18, 2011

| Type | Date | Num | Account | Clr | Original Amount | Paid Amount |
|------|------|-----|---------|-----|-----------------|-------------|
| **SENESAC, PRICE A** | | | | | | |
| Paycheck | 5/7/2010 | | 1016 · FOWLER - P... | X | 561.00 | 561.00 |
| Paycheck | 5/14/2010 | | 1016 · FOWLER - P... | X | 561.01 | 561.01 |
| Paycheck | 5/21/2010 | | 1016 · FOWLER - P... | X | 561.01 | 561.01 |
| Paycheck | 5/28/2010 | | 1016 · FOWLER - P... | X | 561.01 | 561.01 |
| Paycheck | 6/4/2010 | | 1016 · FOWLER - P... | X | 561.01 | 561.01 |
| Paycheck | 6/11/2010 | | 1016 · FOWLER - P... | X | 551.71 | 551.71 |
| Paycheck | 6/18/2010 | | 1016 · FOWLER - P... | X | 551.72 | 551.72 |
| Paycheck | 6/25/2010 | | 1016 · FOWLER - P... | X | 551.70 | 551.70 |
| Paycheck | 7/2/2010 | | 1016 · FOWLER - P... | X | 551.72 | 551.72 |
| Paycheck | 7/9/2010 | | 1016 · FOWLER - P... | X | 551.71 | 551.71 |
| Paycheck | 7/16/2010 | | 1016 · FOWLER - P... | X | 551.72 | 551.72 |
| Paycheck | 7/23/2010 | | 1016 · FOWLER - P... | X | 551.72 | 551.72 |
| Paycheck | 7/30/2010 | | 1016 · FOWLER - P... | X | 588.11 | 588.11 |
| Paycheck | 8/6/2010 | | 1016 · FOWLER - P... | X | 551.72 | 551.72 |
| Paycheck | 8/13/2010 | | 1016 · FOWLER - P... | X | 551.71 | 551.71 |
| Paycheck | 8/20/2010 | | 1016 · FOWLER - P... | X | 551.72 | 551.72 |
| Paycheck | 8/27/2010 | | 1016 · FOWLER - P... | X | 551.71 | 551.71 |
| Paycheck | 9/3/2010 | | 1016 · FOWLER - P... | X | 551.72 | 551.72 |
| Paycheck | 9/10/2010 | | 1016 · FOWLER - P... | X | 551.72 | 551.72 |
| Paycheck | 9/17/2010 | | 1016 · FOWLER - P... | X | 551.71 | 551.71 |
| Paycheck | 9/24/2010 | | 1016 · FOWLER - P... | X | 605.00 | 605.00 |
| Paycheck | 10/1/2010 | | 1016 · FOWLER - P... | X | 558.74 | 558.74 |
| Paycheck | 10/8/2010 | | 1016 · FOWLER - P... | X | 558.75 | 558.75 |
| Paycheck | 10/15/2010 | | 1016 · FOWLER - P... | X | 558.74 | 558.74 |
| Paycheck | 10/22/2010 | | 1016 · FOWLER - P... | X | 558.75 | 558.75 |
| Paycheck | 10/29/2010 | | 1016 · FOWLER - P... | X | 558.74 | 558.74 |
| Paycheck | 11/5/2010 | | 1016 · FOWLER - P... | X | 588.12 | 588.12 |
| Paycheck | 11/12/2010 | 58708 | 1016 · FOWLER - P... | X | 558.74 | 558.74 |
| Paycheck | 11/19/2010 | | 1016 · FOWLER - P... | X | 558.75 | 558.75 |
| Paycheck | 11/26/2010 | | 1016 · FOWLER - P... | X | 558.74 | 558.74 |
| Paycheck | 12/3/2010 | | 1016 · FOWLER - P... | X | 558.75 | 558.75 |
| Paycheck | 12/10/2010 | | 1016 · FOWLER - P... | X | 558.74 | 558.74 |
| Paycheck | 12/17/2010 | | 1016 · FOWLER - P... | X | 558.75 | 558.75 |
| Paycheck | 12/17/2010 | | 1016 · FOWLER - P... | X | 588.12 | 588.12 |
| Paycheck | 12/24/2010 | | 1016 · FOWLER - P... | X | 558.74 | 558.74 |
| Paycheck | 12/24/2010 | | 1016 · FOWLER - P... | X | 588.13 | 588.13 |
| Paycheck | 12/31/2010 | | 1016 · FOWLER - P... | X | 558.74 | 558.74 |
| Paycheck | 1/7/2011 | | 1016 · FOWLER - P... | X | 588.12 | 588.12 |
| Paycheck | 1/14/2011 | | 1016 · FOWLER - P... | X | 567.38 | 567.38 |
| Paycheck | 1/21/2011 | | 1016 · FOWLER - P... | X | 567.38 | 567.38 |
| Paycheck | 1/28/2011 | | 1016 · FOWLER - P... | X | 567.38 | 567.38 |
| Paycheck | 2/4/2011 | | 1016 · FOWLER - P... | X | 567.38 | 567.38 |
| Paycheck | 2/11/2011 | | 1016 · FOWLER - P... | X | 567.38 | 567.38 |
| Paycheck | 2/18/2011 | | 1016 · FOWLER - P... | X | 567.39 | 567.39 |
| Paycheck | 2/25/2011 | | 1016 · FOWLER - P... | X | 567.37 | 567.37 |
| Paycheck | 3/4/2011 | | 1016 · FOWLER - P... | | 567.39 | 567.39 |
| Paycheck | 3/11/2011 | | 1016 · FOWLER - P... | | 606.46 | 606.46 |
| Paycheck | 3/18/2011 | | 1016 · FOWLER - P... | | 606.47 | 606.47 |
| Paycheck | 3/25/2011 | | 1016 · FOWLER - P... | | 606.46 | 606.46 |
| Paycheck | 4/1/2011 | | 1016 · FOWLER - P... | | 606.47 | 606.47 |
| Paycheck | 4/8/2011 | | 1016 · FOWLER - P... | | 606.46 | 606.46 |
| Paycheck | 4/15/2011 | | 1016 · FOWLER - P... | | 606.48 | 606.48 |
| Paycheck | 4/22/2011 | | 1016 · FOWLER - P... | | 606.46 | 606.46 |
| Paycheck | 4/29/2011 | | 1016 · FOWLER - P... | | 606.47 | 606.47 |
| Paycheck | 5/6/2011 | | 1016 · FOWLER - P... | | 626.92 | 626.92 |
| Paycheck | 5/13/2011 | | 1016 · FOWLER - P... | | 606.46 | 606.46 |
| | | | | | | 606.47 |
| **Total SENESAC, PRICE A** | | | | | | 32,010.21 |
| **TOTAL** | | | | | | 32,010.21 |

1:13 PM

05/17/11

Accrual Basis

# OXFORD HOUSE INC
## Employee QuickReport
### April 1, 2010 through May 17, 2011

Supp. Statement of Financial Affairs #23

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **SENESAC, PATRICIA A** | | | | | | |
| Paycheck | 4/2/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 4/9/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 4/16/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 4/23/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 4/30/2010 | | | 1016 · FOWLER - P... | X | 779.97 |
| Paycheck | 5/7/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 5/14/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 5/21/2010 | | | 1016 · FOWLER - P... | X | 771.21 |
| Paycheck | 5/28/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 6/4/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 6/11/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 6/18/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 6/25/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 7/2/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 7/9/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 7/16/2010 | | | 1016 · FOWLER - P... | X | 771.21 |
| Paycheck | 7/23/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 7/30/2010 | | | 1016 · FOWLER - P... | X | 779.97 |
| Paycheck | 8/6/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 8/13/2010 | | | 1016 · FOWLER - P... | X | 771.21 |
| Paycheck | 8/20/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 8/27/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 9/3/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 9/10/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 9/17/2010 | | | 1016 · FOWLER - P... | X | 771.21 |
| Paycheck | 9/24/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 10/1/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 10/8/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 10/15/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 10/22/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 10/29/2010 | | | 1016 · FOWLER - P... | X | 779.97 |
| Paycheck | 11/5/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 11/12/2010 | 58671 | | 1016 · FOWLER - P... | X | 771.21 |
| Paycheck | 11/19/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 11/26/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 12/3/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 12/10/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 12/17/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 12/24/2010 | | | 1016 · FOWLER - P... | X | 771.22 |
| Paycheck | 12/31/2010 | | | 1016 · FOWLER - P... | X | 779.97 |
| Paycheck | 1/7/2011 | | | 1016 · FOWLER - P... | X | 786.57 |
| Paycheck | 1/14/2011 | | | 1016 · FOWLER - P... | X | 786.57 |
| Paycheck | 1/21/2011 | | | 1016 · FOWLER - P... | X | 786.57 |
| Paycheck | 1/28/2011 | | | 1016 · FOWLER - P... | X | 786.57 |
| Paycheck | 2/4/2011 | | | 1016 · FOWLER - P... | X | 786.57 |
| Paycheck | 2/11/2011 | | | 1016 · FOWLER - P... | X | 786.57 |
| Paycheck | 2/18/2011 | | | 1016 · FOWLER - P... | X | 786.58 |
| Paycheck | 2/25/2011 | | | 1016 · FOWLER - P... | X | 786.57 |
| Paycheck | 3/4/2011 | | | 1016 · FOWLER - P... | | 786.57 |
| Paycheck | 3/11/2011 | | | 1016 · FOWLER - P... | | 786.57 |
| Paycheck | 3/18/2011 | | | 1016 · FOWLER - P... | | 786.57 |
| Paycheck | 3/25/2011 | | | 1016 · FOWLER - P... | | 786.57 |
| Paycheck | 4/1/2011 | | | 1016 · FOWLER - P... | | 786.57 |
| Paycheck | 4/8/2011 | | | 1016 · FOWLER - P... | | 786.57 |
| Paycheck | 4/15/2011 | | | 1016 · FOWLER - P... | | 786.57 |
| Paycheck | 4/22/2011 | | | 1016 · FOWLER - P... | | 786.57 |
| Paycheck | 4/29/2011 | | | 1016 · FOWLER - P... | | 795.32 |
| Paycheck | 5/6/2011 | | | 1016 · FOWLER - P... | | 786.57 |
| Paycheck | 5/13/2011 | | | 1016 · FOWLER - P... | | 786.58 |
| **Total SENESAC, PATRICIA A** | | | | | | **45,837.35** |
| **TOTAL** | | | | | | **45,837.35** |

1:14 PM

05/17/11

Accrual Basis

# OXFORD HOUSE INC
# Employee QuickReport
### April 1, 2010 through May 17, 2011

Supp. Statement of Financial Affairs #23

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **SENESAC, POLET** | | | | | | |
| Paycheck | 4/2/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 4/9/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 4/16/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 4/23/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 4/30/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 5/7/2010 | | | 1016 · FOWLER - P... | X | 1,071.08 |
| Paycheck | 5/14/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 5/21/2010 | | | 1016 · FOWLER - P... | X | 851.70 |
| Paycheck | 5/28/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 6/4/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 6/11/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 6/18/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 6/25/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 7/2/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 7/9/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 7/16/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 7/23/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 7/30/2010 | | | 1016 · FOWLER - P... | X | 1,071.09 |
| Paycheck | 8/6/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 8/13/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 8/20/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 8/27/2010 | | | 1016 · FOWLER - P... | X | 851.71 |
| Paycheck | 9/3/2010 | | | 1016 · FOWLER - P... | X | 860.65 |
| Paycheck | 9/10/2010 | | | 1016 · FOWLER - P... | X | 860.65 |
| Paycheck | 9/17/2010 | | | 1016 · FOWLER - P... | X | 860.65 |
| Paycheck | 9/24/2010 | | | 1016 · FOWLER - P... | X | 911.98 |
| Paycheck | 10/1/2010 | | | 1016 · FOWLER - P... | X | 866.70 |
| Paycheck | 10/8/2010 | | | 1016 · FOWLER - P... | X | 866.69 |
| Paycheck | 10/15/2010 | | | 1016 · FOWLER - P... | X | 866.69 |
| Paycheck | 10/22/2010 | | | 1016 · FOWLER - P... | X | 866.69 |
| Paycheck | 10/29/2010 | | | 1016 · FOWLER - P... | X | 1,081.02 |
| Paycheck | 11/5/2010 | | | 1016 · FOWLER - P... | X | 866.70 |
| Paycheck | 11/12/2010 | 58672 | | 1016 · FOWLER - P... | X | 866.68 |
| Paycheck | 11/19/2010 | | | 1016 · FOWLER - P... | X | 1,066.70 |
| Paycheck | 11/26/2010 | | | 1016 · FOWLER - P... | X | 1,066.68 |
| Paycheck | 12/3/2010 | | | 1016 · FOWLER - P... | X | 1,066.70 |
| Paycheck | 12/10/2010 | | | 1016 · FOWLER - P... | X | 1,066.70 |
| Paycheck | 12/17/2010 | | | 1016 · FOWLER - P... | X | 1,066.68 |
| Paycheck | 12/24/2010 | | | 1016 · FOWLER - P... | X | 1,066.70 |
| Paycheck | 12/31/2010 | | | 1016 · FOWLER - P... | X | 1,081.02 |
| Paycheck | 1/7/2011 | | | 1016 · FOWLER - P... | X | 1,083.49 |
| Paycheck | 1/14/2011 | | | 1016 · FOWLER - P... | X | 1,083.47 |
| Paycheck | 1/21/2011 | | | 1016 · FOWLER - P... | X | 1,083.49 |
| Paycheck | 1/28/2011 | | | 1016 · FOWLER - P... | X | 1,083.48 |
| Paycheck | 2/4/2011 | | | 1016 · FOWLER - P... | X | 1,083.49 |
| Paycheck | 2/11/2011 | | | 1016 · FOWLER - P... | X | 1,083.48 |
| Paycheck | 2/18/2011 | | | 1016 · FOWLER - P... | X | 1,083.48 |
| Paycheck | 2/25/2011 | | | 1016 · FOWLER - P... | X | 1,083.49 |
| Paycheck | 3/4/2011 | | | 1016 · FOWLER - P... | | 1,083.49 |
| Paycheck | 3/11/2011 | | | 1016 · FOWLER - P... | | 1,083.47 |
| Paycheck | 3/18/2011 | | | 1016 · FOWLER - P... | | 1,083.49 |
| Paycheck | 3/25/2011 | | | 1016 · FOWLER - P... | | 1,083.49 |
| Paycheck | 4/1/2011 | | | 1016 · FOWLER - P... | | 1,083.48 |
| Paycheck | 4/8/2011 | | | 1016 · FOWLER - P... | | 1,083.48 |
| Paycheck | 4/15/2011 | | | 1016 · FOWLER - P... | | 1,083.48 |
| Paycheck | 4/22/2011 | | | 1016 · FOWLER - P... | | 1,083.49 |
| Paycheck | 4/29/2011 | | | 1016 · FOWLER - P... | | 1,083.49 |
| Paycheck | 5/6/2011 | | | 1016 · FOWLER - P... | | 1,097.18 |
| Paycheck | 5/13/2011 | | | 1016 · FOWLER - P... | | 1,083.49 |
| **Total SENESAC, POLET** | | | | | | 57,032.53 |
| **TOTAL** | | | | | | 57,032.53 |

**Page 1**

**12:44 PM**

**05/18/11**

**Cash Basis**

# OXFORD HOUSE INC
## Employee QuickReport
### May 1, 2010 through May 18, 2011

Supp. Statement of Financial Affairs #23

| Type | Date | Num | Account | Clr | Original Amount | Paid Amount |
|------|------|-----|---------|-----|-----------------|-------------|
| **SENESAC, PARKER J** | | | | | | |
| Paycheck | 6/11/2010 | 58663 | 1016 · FOWLER - P... | X | 131.52 | 131.52 |
| Paycheck | 6/18/2010 | 58664 | 1016 · FOWLER - P... | X | 159.75 | 159.75 |
| Paycheck | 6/25/2010 | 58665 | 1016 · FOWLER - P... | X | 46.19 | 46.19 |
| Paycheck | 7/2/2010 | | 1016 · FOWLER - P... | X | 96.48 | 96.48 |
| Paycheck | 7/9/2010 | | 1016 · FOWLER - P... | X | 51.97 | 51.97 |
| Paycheck | 7/16/2010 | | 1016 · FOWLER - P... | X | 130.82 | 130.82 |
| Paycheck | 7/23/2010 | | 1016 · FOWLER - P... | X | 40.23 | 40.23 |
| Paycheck | 3/9/2011 | 58717 | 1016 · FOWLER - P... | | 19.40 | 19.40 |
| **Total SENESAC, PARKER J** | | | | | | 676.36 |
| **TOTAL** | | | | | | 676.36 |

| Per | Date | Source | Description | Amount | Vendor |
|-----|------|--------|-------------|--------|--------|
| == | ========= | ======= | ============ | =========== | ==================== |
| | | | 1040 N/R SHAR EHOLDER | | |
| 51 | 1/6/2010 | Cash Ds | 72526 | 500.00 | NYCHA SENESAC |
| 51 | 1/13/2010 | Cash Ds | 72546 | 500.00 | NYCHA SENESAC |
| 51 | 1/19/2010 | Cash Ds | 72569 | 500.00 | NYCHA SENESAC |
| 51 | 1/25/2010 | Cash Ds | 72579 | 500.00 | NYCHA SENESAC |
| 52 | 2/9/2010 | Cash Ds | 72613 | 500.00 | NYCHA SENESAC |
| 52 | 2/23/2010 | Cash Ds | 72679 | 500.00 | NYCHA SENESAC |
| 52 | 2/23/2010 | Cash Ds | 72680 | 500.00 | NYCHA SENESAC |
| 53 | 3/4/2010 | Cash Ds | 72695 | 500.00 | NYCHA SENESAC |
| 53 | 3/9/2010 | Cash Ds | 72703 | 500.00 | NYCHA SENESAC |
| 53 | 3/17/2010 | Cash Ds | 72727 | 500.00 | NYCHA SENESAC |
| 53 | 3/22/2010 | Cash Ds | 72739 | 500.00 | NYCHA SENESAC |
| 54 | 4/1/2010 | Cash Ds | 72782 | 500.00 | NYCHA SENESAC |
| 54 | 4/7/2010 | Cash Ds | 72793 | 500.00 | NYCHA SENESAC |
| 54 | 4/22/2010 | Cash Ds | 72865 | 500.00 | NYCHA SENESAC |
| 54 | 4/29/2010 | Cash Ds | 72876 | 500.00 | NYCHA SENESAC |
| 55 | 5/6/2010 | Cash Ds | 72891 | 500.00 | NYCHA SENESAC |
| 56 | 6/8/2010 | Cash Ds | 72973 | 500.00 | NYCHA SENESAC |
| 56 | 6/29/2010 | Cash Ds | 73023 | 500.00 | NYCHA SENESAC |
| 57 | 7/13/2010 | Cash Ds | 73063 | 500.00 | NYCHA SENESAC |
| 57 | 7/21/2010 | Cash Ds | 73098 | 500.00 | NYCHA SENESAC |
| 58 | 8/12/2010 | Cash Ds | 73161 | 500.00 | NYCHA SENESAC |
| 58 | 8/30/2010 | Cash Ds | 73200 | 500.00 | NYCHA SENESAC |
| 59 | 9/21/2010 | Cash Ds | 73258 | 500.00 | NYCHA SENESAC |
| 60 | 10/12/2010 | Cash Ds | 73302 | 500.00 | NYCHA SENESAC |
| 60 | 10/27/2010 | Cash Ds | 73331 | 500.00 | NYCHA SENESAC |
| 61 | 11/10/2010 | Cash Ds | 73362 | 500.00 | NYCHA SENESAC |
| 62 | 12/9/2010 | Cash Ds | 73423 | 500.00 | NYCHA SENESAC |
| 62 | 12/28/2010 | Cash Ds | 73457 | 500.00 | NYCHA SENESAC |
| 62 | 12/28/2010 | Cash Ds | 73458 | 500.00 | NYCHA SENESAC |
| | | | | 14,500.00 | |
| | | | | | |
| 53 | 3/18/2010 | Cash Rc | 34369755 | (0.25) | POLET SENESAC |
| 53 | 3/23/2010 | Cash Ds | 72731 | 1,200.00 | POLET SENESAC |
| 53 | 3/23/2010 | Cash Ds | 72733 | 2,000.00 | POLET SENESAC |
| 56 | 6/1/2010 | Cash Rc | 9518 | (480.11) | POLET SENESAC |
| 57 | 7/30/2010 | Cash Ds | 1154 | 2,500.00 | POLET SENESAC |
| 58 | 8/19/2010 | Payable | | 372.77 | POLET SENESAC |
| 59 | 9/30/2010 | Cash Ds | 73271 | (850.00) | POLET SENESAC |
| 60 | 10/5/2010 | Cash Ds | 73265 | 5,000.00 | POLET SENESAC |
| 60 | 10/6/2010 | Cash Rc | 20100930 | (42.80) | POLET SENESAC |
| 60 | 10/19/2010 | Cash Ds | 1156 | 2,000.00 | POLET SENESAC |
| 60 | 10/25/2010 | Cash Rc | INS REFUND | (809.00) | POLET SENESAC |
| 60 | 10/27/2010 | Cash Ds | 73334 | 2,000.00 | POLET SENESAC |
| 61 | 11/15/2010 | Cash Ds | 73369 | 2,000.00 | POLET SENESAC |
| 62 | 12/16/2010 | Cash Ds | 73436 | 2,500.00 | POLET SENESAC |
| 62 | 12/20/2010 | Cash Rc | 77706237 | (0.25) | POLET SENESAC |
| | | | | 17,390.36 | |

| 51 | 1/6/2010 Cash Ds | 72527 | 2,000.00 | WAYNE SENESAC |
|----|------------------|-------|----------|---------------|
| 51 | 1/13/2010 Cash Ds | 72553 | 2,286.57 | WAYNE SENESAC |
| 51 | 1/19/2010 Cash Ds | 72571 | 2,372.99 | WAYNE SENESAC |
| 53 | 3/4/2010 Cash Ds | 72697 | 2,000.00 | WAYNE SENESAC |
| 53 | 3/11/2010 Cash Ds | 72717 | 1,340.00 | WAYNE SENESAC |
| 53 | 3/22/2010 Cash Ds | 72746 | 2,000.00 | WAYNE SENESAC |
| 54 | 4/7/2010 Cash Ds | 72799 | 3,314.67 | WAYNE SENESAC |
| 54 | 4/15/2010 Cash Ds | 72811 | 900.00 | WAYNE SENESAC |
| 55 | 5/11/2010 Cash Ds | 72902 | 222.90 | WAYNE SENESAC |
| 55 | 5/30/2010 Cash Ds | 10530 | 462.06 | WAYNE SENESAC |
| 56 | 6/10/2010 Cash Ds | 10610 | 374.88 | WAYNE SENESAC |
| 57 | 7/31/2010 Cash Ds | 1 | 374.88 | WAYNE SENESAC |
| 58 | 8/3/2010 Cash Ds | 73123 | 41.78 | WAYNE SENESAC |
| 58 | 8/12/2010 Cash Ds | 10812 | 374.88 | WAYNE SENESAC |
| 58 | 8/18/2010 Cash Ds | 73175 | 5,581.46 | WAYNE SENESAC |
| 59 | 9/15/2010 Cash Ds | 10912 | 374.88 | WAYNE SENESAC |
| 60 | 10/31/2010 Cash Ds | 11031 | 374.88 | WAYNE SENESAC |
| 61 | 11/12/2010 Cash Ds | 11112 | 374.88 | WAYNE SENESAC |
| 62 | 12/12/2010 Cash Ds | 11210 | 374.88 | WAYNE SENESAC |
| 62 | 12/14/2010 Cash Ds | 11214 | 374.88 | WAYNE SENESAC |

25,521.47

57,411.83

| Per | Date | Source | Description | Amount | Vendor |
|-----|------|--------|-------------|--------|--------|
| 1 | 1/31/2011 | Cash Ds | 73504 | 500.00 | NYCHA SENESAC |
| 2 | 2/28/2011 | Cash Ds | 73537 | 500.00 | NYCHA SENESAC |
| 2 | 2/28/2011 | Cash Ds | 73538 | 500.00 | NYCHA SENESAC |
| 2 | 2/28/2011 | Cash Ds | 73538 | (65.00) | NYCHA SENESAC |
| 3 | 3/15/2011 | Cash Ds | 73561 | 420.00 | NYCHA SENESAC |
| 3 | 3/15/2011 | Cash Ds | 73562 | 500.00 | NYCHA SENESAC |
| 4 | 4/7/2011 | Cash Ds | 73576 | 500.00 | NYCHA SENESAC |
| 4 | 4/28/2011 | Cash Ds | 29872 | 500.00 | NYCHA SENESAC |
| | | | | 3,355.00 | |
| 1 | 1/3/2011 | Cash Rc | 20101231 | (44.44) | POLET SENESAC |
| 1 | 1/3/2011 | Cash Rc | 3197 | (1,000.00) | POLET SENESAC |
| 1 | 1/13/2011 | Cash Ds | 1172 | 500.00 | POLET SENESAC |
| 1 | 1/20/2011 | Cash Ds | 110120 | 227.25 | POLET SENESAC |
| 1 | 1/20/2011 | Cash Ds | 110120 | 191.13 | POLET SENESAC |
| 1 | 1/20/2011 | Cash Ds | 110120 | 806.17 | POLET SENESAC |
| 2 | 2/7/2011 | Cash Rc | 105807945 | (1.22) | POLET SENESAC |
| 2 | 2/14/2011 | Cash Ds | 73513 | 533.00 | POLET SENESAC |
| 2 | 2/17/2011 | Cash Ds | 73514 | 2,000.00 | POLET SENESAC |
| 2 | 4/13/2011 | Cash Ds | 111188 | 374.88 | POLET SENESAC |
| 4 | 4/20/2011 | Cash Rc | 201100331 | (46.90) | POLET SENESAC |
| 3 | 3/7/2011 | Cash Ds | 1407 | 500.00 | POLET SENESAC |
| 3 | 3/7/2011 | Cash Ds | 30711 | 500.00 | POLET SENESAC |
| 3 | 3/14/2011 | Cash Ds | 31411 | 374.88 | POLET SENESAC |
| 3 | 3/15/2011 | Cash Ds | 1417 | 300.00 | POLET SENESAC |
| 3 | 3/29/2011 | Cash Ds | 32911 | 172.38 | POLET SENESAC |
| 3 | 3/29/2011 | Journal | LOADING DOC | (973.17) | POLET SENESAC |
| 5 | 3/29/2011 | Cash Ds | 29982 | 2,000.00 | POLET SENESAC |
| | | | | 6,413.96 | |
| 1 | 1/12/2011 | Cash Ds | 110112 | 374.88 | WAYNE SENESAC |
| 2 | 2/12/2011 | Cash Ds | 110212 | 374.88 | WAYNE SENESAC |
| 3 | 3/12/2011 | Cash Ds | 110312 | 374.88 | WAYNE SENESAC |
| 4 | 4/12/2011 | Cash Ds | 110412 | 374.88 | WAYNE SENESAC |
| 5 | 5/12/2011 | Cash Ds | 29910 | 374.88 | WAYNE SENESAC |
| | | | | 1,874.40 | |
| | | | | 11,643.36 | |

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Oxford House, Incorporated**

Case No. _____

Debtor(s)

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **$200 hourly** |
| Prior to the filing of this statement I have received | $ | **6,520.00** |
| Balance Due | $ | **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; preparation of first day Motions, Petition, Schedules, and statements, all to be billed at $200 per hour.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, lien avoidances, relief from stay actions or any other adversary or contested proceeding, filing amended petitions or schedules, filing Notice of Bankruptcy in state or federal courts, representing Debtor in State Court or non-bankruptcy proceedings, traveling beyond the first scheduled meeting with creditors, actual costs (milage, deposition fees, court costs after inital filing, charges by Third Parties, etc...).**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 21, 2011**

/s/ Hunter J. Reece
**Hunter J. Reece 23980-86**
**BARCE & REECE PC**
**PO Box 252**
**Fowler, IN 47944-0252**
**(765) 884-0383  Fax: (765) 884-0445**
**ecf@barcelawoffice.com**

---

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Oxford House, Incorporated**
_____ ,
                                    Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Polet Senesac**<br>**9965 N. CR 1000 East**<br>**Otterbein, IN 47970** | **Common Stock** | **100%** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 21, 2011**_____        Signature__**/s/ Polet Senesac**_____
                                                          **Polet Senesac**
                                                          **President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Oxford House, Incorporated**                                Case No. _____

                                        Debtor(s)                    Chapter     **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 21, 2011** _____        **/s/ Polet Senesac** _____

                                                     **Polet Senesac/President**
                                                     Signer/Title

.

ADP
7007 E. PLEASANT VALLEY RD.
INDEPENDENCE, OH 44131


ALKENZ USA
8803 STAPLES MILL ROAD
RICHMOND, VA 23228


ALL STRONG INDUSTRY (USA)
2760 E PHILADELPHIA STREET
ONTARIO, CA 91761-8546


AMERICAN SAMPLE
14450 CENTRAL AVE.
CHINO, CA 91710


ASTRA PRODUCTS INC
7154 SR 88
RAVENNA, OH 44266


CARDMEMBER SERVICES
PO BOX 94014
PALATINE, IL 60094-4014


CONSOLTEX
4981 LEVY
SAINT LAURENT, QUEBEC H4RZN9


EASTERN METAL OF MIS
13161 LAKEFRONT DR
SUITE B
EARTH CITY, MO 63045


FABRIK FASHIONS
9008 DEER VALLEY CT
WAXHAW, NC 28173

```
FEDEX
P.O. BOX 94515
PALATINE, IL 60094-4515


FEDEX FREIGHT
2200 FORWARD DR.
HARRISON, AR 72602-0840


HUTH THOMPSON LLP
PO BOX 970
LAFAYETTE, IN 47902-0970


JEFFREY E. RAMSEY
HOPPER BLACKWELL PC
111 MONUMENT CIRCLE, STE 452
INDIANAPOLIS, IN 46204


JP MORGAN CHASE BANK, NA
201 MAIN STREET
LAFAYETTE, IN 47901


LBG
1990 LIMESTONE CIRCLE NE, #200
GAINESVILLE, GA 30501


MICHAEL G. CORTINA
SMITHAMUNDSEN
2460 LAKE SHORE DRIVE
WOODSTOCK, IL 60098-6911


NEXT DAY BLINDS
8251 PRESTON CT.
JESSUP, MD 20794


OXFORD CAR COMPANY
WAYNE & POLET SENESAC
606 W. SR 18
FOWLER, IN 47944
```

PIC
5119 BECKWITH BLVD., STE. 106
SAN ANTONIO, TX 78249


PLASTIBEC
1825 LIONEL BERTRAND
BOISBRIAND
QUEBEC
CANADA J7H1N8


POLET & WAYNE SENESAC
9965 N. CR 1000 EAST
OTTERBEIN, IN 47970


POLET SENESAC
9965 N. CR 1000 EAST
OTTERBEIN, IN 47970


PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874


ROWLEY CO INC
PO BOX 6010
GASTONIA, NC 28056


SEARS CREDIT
PO BOX 6189
SIOUX FALLS, SD 57117


STATE OF INDIANA
DEPT. OF WORKFORCE DEVELOPMENT
100 N. SENATE AVENUE
INDIANAPOLIS, IN 46204


STERLING COMMERCE
PO BOX 73199
CHICAGO, IL 60673

SURE WIN ENTERPRISE
31 LAFORGE ROAD
DARIEN, CT 06820


TAPE PRODUCTS
PO BOX 641510
CINCINNATI, OH 45264


TURNIL'S NORTH AMERICA, INC
1327 NORTHBROOK PARKWAY
SUWANEE, GA 30024


UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577


UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


UPS FREIGHT & UPS SUPPLY CHAIN SOLUTION
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


VERTILUX
7300 NW 35TH TERRACE
MIAMI, FL 33122


WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197-4648


WAYNE SENESAC
90 DELANNOY AVE
COCOA, FL 32922

```
WOODARD,EMHARDT,NAUG
BANK ONE CENTER TOWER 111
INDIANAPOLIS, IN 46204-5137
```

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Oxford House, Incorporated**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Oxford House, Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2011**

Date

**/s/ Hunter J. Reece**

**Hunter J. Reece 23980-86**

Signature of Attorney or Litigant

Counsel for   **Oxford House, Incorporated**

**BARCE & REECE PC**
**PO Box 252**
**Fowler, IN 47944-0252**
**(765) 884-0383 Fax:(765) 884-0445**
**ecf@barcelawoffice.com**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re    __Oxford House, Incorporated__                                                    Case No.    _____

                                                    Debtor(s)                    Chapter    __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __May 24, 2011__                    Signature    _____

                                                            Polet Senesac
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Indiana

In re   **Oxford House, Incorporated**

_____    Case No. _____

Debtor(s)                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 24, 2011**                Signature

**Polet Senesac**
**President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B7 (Official Form 7) (04/10)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __May 24, 2011__          Signature _____

Poljt Senesac
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571*

In re   **Oxford House, Incorporated**                        Case No. _____

                                                 Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 24, 2011**                            Signature _____

                                                   **Polet Senesac**
                                                   **President**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                               18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Indiana

In re   __Oxford House, Incorporated__                 Case No. _____

                                         Debtor(s)            Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __May 24, 2011__

                                        **Polet Senesac/President**
                                        Signer/Title

B1 (Official Form 1)(4/10)                          **Page 3**

| Voluntary Petition | Name of Debtor(s):<br>**Oxford House, Incorporated** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

**Signature(s) of Debtor (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

**Hunter J. Reece 23980-86**
Printed Name of Attorney for Debtor(s)

**BARCE & REECE PC**
Firm Name

**PO Box 252**
**Fowler, IN 47944-0252**

_____
Address

**Email: ecf@barcelawoffice.com**
**(765) 884-0383  Fax: (765) 884-0445**
Telephone Number

**May 24, 2011**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Polet Senesac**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 24, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*